1   Raymond D. McElfish (State Bar No. 224390)
    Joseph Faccone (State Bar No. 128579)
2   **MCELFISH LAW FIRM**
    1112 N. Sherbourne Drive
3   West Hollywood, California 90069
    Telephone:   (310) 659-4900
4   Facsimile:   (310) 659-4926
    E-mail:      rmcelfish@mcelfishlaw.com
5                jfaccone@mcelfishlaw.com

6   Attorneys for Plaintiff,
    **FREEDOM TRANSPORT, INC.**
7

8   WESTON & McELVAIN LLP
    Richard C. Weston (State Bar No. 126491)
9   Wynn C. Kaneshiro (State Bar No. 166683)
    1960 East Grand Avenue, Suite 400
10  El Segundo, California 90245
    Telephone:   (213) 596-8000
11  Facsimile:   (213) 596-8039
    E-mail:      rweston@wmattorneys.com
12               wckaneshiro@wmattorneys.com

13  Attorneys for Defendant
    **TRAVELERS PROPERTY CASUALTY**
14  **COMPANY OF AMERICA**

JS-6

15

16                **UNITED STATES DISTRICT COURT**

17      **CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

18  FREEDOM TRANSPORT, INC., a          )  Case No. 5:17-cv-02148-JGB-SPx
    California Corporation,             )  Honorable Jesus G. Bernal
19                                      )  Courtroom 1
                Plaintiff,              )
20                                      )
        v.                              )  **ORDER OF REMAND**
21                                      )
    TRAVELERS PROPERTY                  )
22  CASUALTY COMPANY OF                 )
    AMERICA; and DOES 1 through 100,    )  Complaint Filed:  September 15, 2017
23  inclusive,                          )  Action Removed:   October 19, 2017
                                        )  Trial Date:       February 12, 2019
24              Defendants.             )
                                        )
25                                      )
                                        )
26                                      )

27

28

                                1                     5:17-cv-02148-JGB-SPx

# ORDER OF REMAND

On April 6, 2018 the Parties to the above-referenced action filed a STIPULATION RE LIMITATION ON POTENTIAL AMOUNT OF JUDGMENT AND REQUEST FOR ORDER OF REMAND.

The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is approved;

2. Central District of California case number Case No. 5:17-cv-02148-JGB-SPx styled <u>Freedom Transport, Inc., a California Corporation v. Travelers Property Casualty Company of America, and Does 1 through 100 inclusive,</u> is hereby remanded to San Bernardino County Superior Court.

**IT IS SO ORDERED.**

Dated: April 9, 2018

Honorable Jesus G. Bernal